**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **REINERYS OSCAR MESA PERAZA,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-26-490-G** |
| | ) |
| **MARKWAYNE MULLIN,** | ) |
| **Acting Secretary, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## <u>ORDER</u>

Now before the Court is Petitioner Reinerys Oscar Mesa Peraza's Motion (Doc. No. 5), seeking relief from this Court's local counsel requirement. For good cause shown and pursuant to Local Civil Rule 83.3(c), the Court GRANTS the Motion for relief from the requirements of Local Civil Rule 83.3(a) and allows counsel for Petitioner, attorney Dan Gividen, to appear in this matter without showing association with local counsel.

IT IS SO ORDERED this 13th day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge